UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
YVES EDOUARD,                      :
                                   :
                Plaintiff,         :    07 Civ. 11443 (WHP)
                                   :
        -against-                  :    SCHEDULING ORDER
                                   :
THE CITY OF NEW YORK, et al.,      :
                                   :
                Defendants.        :
                                   :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

   This Court will hold a status conference on June 13, 2008 at 10:15 a.m.

Defendants' time to answer or otherwise respond to the complaint is extended until a date to be determined by this Court at the June 13, 2008 conference.

Dated: April 7, 2008
       New York, New York

                                        SO ORDERED:


                                        _____
                                        WILLIAM H. PAULEY III
                                        U.S.D.J.

-1-

*Counsel of record:*

Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
*Counsel for Plaintiff*

Morgan Kunz, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*