UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                              :
YVES EDOUARD,                                 :
                                              :
              Plaintiff,          :      07 Civ. 11443 (WHP)
                                              :
              -against-          :      ORDER
                                              :
THE CITY OF NEW YORK, et al.,                 :
                                              :
              Defendants.         :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a June 13, 2008 conference, it is ordered that this action is dismissed for Plaintiff's failure to appear or to cooperate with counsel. The Clerk of Court is directed to terminate all motions pending as of this date and close the case.

Dated: June 13, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of record:*

Leo Glickman, Esq.
Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
*Counsel for Plaintiff*

Morgan Kunz, Esq.
Assistant Corporation Counsel
The City of New York
Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*